To Whom it may concern,

My name is Brandon Lawrence Simmons, and todays date is August 7, 2015. I have just recieved notification of The Twelfth Court of Appeals opinion in regards to Brandon Simmons v. State, Appeal number: 12-14-00159-CR, Trial Number: 114-0139-10. My Court appointed counsel has concluded his representation while informing me of a 30 day deadline in filing a Petition for Discretionary Review.

It is my wish to file for or request a Petition for Discretionary Review at this time. I am currently being held in Smith Co. Jail and have had mail from other government agencies with held or returned by the Current jail Staff, and therefore am incapable of any guarantee of timely postings both incoming and outgoing.

The primary reason for Appealing my case involves an amendment changing the status of my probation in September of 2010. Any assistance would be greatly appreciated.

with Regards,

Brandon Simmons

Brandon Simmons #72182
2656 East Elm St.
Tyler, Texas 75702

NORTH TEXAS TX FSDC
DALLAS TX 750
05 AUG 2015 PM 5 1

FOREVER

USA

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711